IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| YUSUFU KUUMBA BEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:19-CV-236 (MTT) |
| | ) |
| GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends denying Plaintiff Yusufu Kuumba Bey's motion for a preliminary injunction (Doc. 104).  Doc. 107.  Bey has not objected, so pursuant to 28 U.S.C. § 636(b)(1), the Court reviews the Recommendation for clear error.  After review, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 107) is adopted and made the order of the Court.  Accordingly, Bey's motion for a preliminary injunction (Doc. 104) is **DENIED**.

Bey has also moved for the appointment of counsel.  Doc. 112.  Bey states that he has limited knowledge of the law and that an attorney would be able to properly present evidence.  *Id*. at 1.  However, "[a]ppointment of counsel in a civil case is not a constitutional right." *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985) (citing *Mekdeci v. Merrell Nat. Labs.*, 711 F.2d 1510, 1522 n.19 (11th Cir. 1983)).  Appointment of counsel is a privilege that is justified only by exceptional circumstances.  *Id*.  In

deciding whether legal counsel should be provided, courts consider, among other factors, the merits of the plaintiff's claim and the complexity of the issues presented. *Holt v. Ford*, 862 F.2d 850, 853 (11th Cir. 1989).

Here, only Bey's RLUIPA claim is left to be resolved, and the issues before the Court do not appear complex. Moreover, Bey has shown that he can make competent arguments, and he has demonstrated that he understands what he must prove to prevail on his claim. *See* Doc. 92 at 9-10. Accordingly, Bey's motion for appointment of counsel (Doc. 112) is **DENIED**.

**SO ORDERED**, this 25th day of May, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT